

# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2016

No. 04-16-00208-CR

Jose Manuel **ROMO-MORAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-2181-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

The record in this habeas corpus appeal has been filed. It is therefore ORDERED that appellant's brief is due on or before May 18, 2016. *See* TEX. R. APP. P. 31.1; 4th Tex. App. Loc. R. 8.2. The State's brief is due 20 days after the date appellant's brief is filed. *Id.* A reply brief, if any, must be filed within 10 days after the State's brief is filed. *Id.*

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court